NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OANDA CORP.,**
*Plaintiff-Appellant*

v.

**STONEX GROUP INC.,**
*Defendant-Appellee*

---

2024-1579

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:20-cv-07785, Judge John J. Tharp, Jr..

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                          OANDA CORP. v. STONEX GROUP INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 3, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 3, 2024